# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT LEWIS BROWNE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:24-mj-00089<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 10, 2024 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)<br>18 U.S.C. §§ 924(c) and 922(g)(1) | 1. Possession with the Intent to Distribute Fentanyl, a Schedule II controlled substance;<br>2. Possession with the Intent to Distribute Methamphetamine, a Schedule II controlled substance;<br>3. Possession with the Intent to Distribute Cocaine, a Schedule II controlled substance;<br>4. Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and,<br>5. Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bobby Gutierrez.

☒ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:40 a̶.̶m̶./p.m.

Date: May 11, 2024

*Judge's signature*

City and state: Portland, Oregon    Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*